Case 2:25-cv-00430-JRS-MG   Document 1   Filed 09/08/25   Page 1 of 4 PageID #: 1
2:25-cv-430-JRS-MG

SCANNED at Putnamville and Emailed on
9-8-25 (date) by CW (initials) 4 (num) pages.

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 6/12/2024)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF INDIANA

Demand for Jury Trial  ✓ Yes

(Full name of plaintiff(s))

Patrick Thomas Garo

**FILED**
**09/08/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

v.

(Full name of defendant(s))

Fayette County Sheriff's Department
Calab Mattox
Tony Elison

Case Number:

~~Case No. 2:25-cv-~~ (to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **INDIANA** (State), and is located at **Putnamville Correctional Facility** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

B. Defendant **Calab Mattox**
(Name)

is (if a person or private corporation) a citizen of **Indiana**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Fayette County Sherriffs Dept.**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

At approx. 8:50 pm. on Friday 6-6-25 I was on my hour out, I was in C-Block in the Fayette Co. Jail, which is a lockdown Block.

Officer Mattox came in and told me my hour was over to lock down, I explained, I'd only been out for 45 min. as I'd written down the time they had let me out. he told me he didn't care to lock down, I'd told Mattox to lock me down, At that time he called me "A check in Bitch", lock down, so I went to my cell we was arguing back and forth, And he used his Radio

Complaint - 2

2.) to call for the "Brass" keys to lock my cell door. Officer Dawson brought the key, and I asked him if my hour was up when Mattox tried to shut the door in my face, I explained I was talking to Dawson, and he again tried to shut the door in my face, Officer Mattox not wearing a Body Cam, shoved me with both hands to the floor very hard as he is a bit bigger than me, then slamming the door, I asked to speak to an OIC, and no response, I then went to my Homewave tablet and filed the first of 2 grievences, the next day I spoke to a Corporal, and was just going then the chain of command. 2 days later Jail Commander Tom Elison called me to his office, asking me not to file a lawsuit and he would take care of the matter. I'm filing an use of Excessive Force lawsuit on Mattox, as well as a Deflamation of Character lawsuit as well, in the amount of $250,000.00 I have a witness to this event: McKinnon Grimm

D.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
      OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 250,000.00

E.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want a lawsuit(s) for 250,000.00 for the way I was treated in the Fayette Co. Jail for defamation of character and for use of Excessive Force.

Also I originally sent this case to you on 6-12-25, from the Fayette Co. Jail obviosly it was not mailed as they are well know for throwing Inmates outgoing mail away in the Trash. Obviously this was never sent to you or I would have received a case # by now, sorry for any confusion.

Complaint - 4